840 A.2d 989

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Francisco PEREZ, Respondent.**

Supreme Court of Pennsylvania.

Dec. 2, 2003.

## *ORDER*

PER CURIAM.

AND NOW, this 2nd day of December, 2003, the Petitions for Allowance of Appeal are hereby GRANTED and the order of the Superior Court is REVERSED. *See Commonwealth v. Bethea,* 574 Pa. 100, —— 828 A.2d 1066 (Pa.2003).